IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-39-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TERRANCE LEON WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

On August 7, 2018, Terrance Leon Washington ("Washington" or "defendant") pleaded guilty to distribution of a quantity of cocaine base (crack) (counts 1–3, 5–7), distribution of a quantity of cocaine (count 4), and possession with intent to distribute a quantity of cocaine (count 8). See [D.E. 26]; Rule 11 Tr. [D.E. 86]. After going through a succession of appointed attorneys [D.E. 11, 18, 27, 58–61, 75, 76, 80, 101–04] and withdrawing various pro se motions [D.E. 116], the court sentenced Washington on October 20, 2020, to 60 months' imprisonment on each count to be served concurrently. See id.; [D.E. 119, 120]. Washington did not appeal.

On February 5, 2021, Washington filed a pro se motion to dismiss his criminal case. See [D.E. 125]. The criminal judgment, however, is final. See 18 U.S.C. § 3582(b); Clay v. United States, 537 U.S. 522, 527 (2003); cf. United States v. Sanders, 247 F.3d 139, 142 (4th Cir. 2001). If Washington seeks to attack the criminal judgment, he must file a motion under 28 U.S.C. § 2255. See 28 U.S.C. § 2255(a). Thus, the court DISMISSES WITHOUT PREJUDICE defendant's motion to dismiss [D.E. 125].

SO ORDERED. This 29 day of April 2021.

JAMES C. DEVER III
United States District Judge